Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  14−31617−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert W Bettencourt | Amanda R Bettencourt |
| 148 Paine Street | 148 Paine Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

Social Security No.:
  xxx−xx−7664                                               xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 29, 2017.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 29, 2017
JAN: bc

                                                                             Jeanne Naughton
                                                                             Clerk

```
                                  United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                       Case No. 14-31617-ABA
Robert W Bettencourt                                                         Chapter 13
Amanda R Bettencourt
          Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 29, 2017
                               Form ID: 148                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db/jdb       +Robert W Bettencourt,    Amanda R Bettencourt,    148 Paine Street,    Riverside, NJ 08075-3811
515127068     APEX Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
515136913    +Attn: BMW Financial Services NA, LLC Department,    Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
515127069    +Awa Collections,    Po Box 6605,    Orange, CA 92863-6605
516552626     BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515250814    +BMW Financial Services NA,    P.O. Box 201347,    Arlington, TX 76006-1347
515326731     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515127072    +Byl Svc,    301 Lacey Street,    West Chester, PA 19382-3727
515127076    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
515127078    +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515127080    +Haddon Oral Surgeons,    475 Old Marlton Pike,    Marlton, NJ 08053-2089
515127084    +Onemain,    Po Box 499,    Hanover, MD 21076-0499
515127085     Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516411744    +PennyMac Loan Services, LLC,    Powers Kirn, LLC,    728 Marne Highway, Suite 200,
               Moorestown, NJ 08057-3128
516412629    +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
               6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
516412630    +PennyMac Loan Services, LLC as servicer for,    Bank of America, N.A.,
               6101 Condor Drive, Suite 200,    Moorpark, CA 93021,    PennyMac Loan Services, LLC as servicer,
               Bank of America, N.A. 93021-2602
515127086     Petro, Inc.,    c/o Mullooly Law,    6851 Jericho Tpke -Ste 220,    PO Box 9036,
               Syosset, NY 11791-9036
515167303    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court: Snap On Credit LLC,     Attn: Legal Services,
               950 Technology Way, Ste 301,    Libertyville, IL  60048)
515310566    +U.S.Dept of Housing and Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
515520698    +Wells Fargo Bank, N.A., d/b/a/,    Wells Fargo Dealer Services,    John R. Morton, Jr., Esquire,
               110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
               1451 Thomas Langston Road,    Winterville, NC 28590-8872
515436793    +E-mail/Text: bncmail@w-legal.com Aug 30 2017 00:56:05      ALTAIR OH XIII, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515233633     EDI: AIS.COM Aug 30 2017 00:28:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
515245558     EDI: BMW.COM Aug 30 2017 00:33:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
               Dublin, OH 43016
515127071     EDI: BMW.COM Aug 30 2017 00:33:00      Bmw Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017
515136707    +EDI: BMW.COM Aug 30 2017 00:33:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
               Hilliard, OH 43026-7456
515127070    +EDI: BANKAMER.COM Aug 30 2017 00:33:00      Bk Of Amer,    1800 Tapo Canyon Rd,
               Simi Valley, CA 93063-6712
515127073     EDI: CAPITALONE.COM Aug 30 2017 00:33:00      Cap One,    Po Box 85520,    Richmond, VA 23285
515127074    +EDI: CAPITALONE.COM Aug 30 2017 00:33:00      Cap1/Bstby,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
515127075    +EDI: CHASE.COM Aug 30 2017 00:28:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515127077    +EDI: WFNNB.COM Aug 30 2017 00:33:00      Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,
               Westerville, OH 43081-2873
515127079    +EDI: AMINFOFP.COM Aug 30 2017 00:28:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
515127081    +EDI: IIC9.COM Aug 30 2017 00:33:00      I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
515127082    +EDI: IIC9.COM Aug 30 2017 00:33:00      Ic Systems Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
515127083    +EDI: TSYS2.COM Aug 30 2017 00:28:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515333722     EDI: PRA.COM Aug 30 2017 00:28:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
               POB 41067,    Norfolk VA 23541
515295803     EDI: PRA.COM Aug 30 2017 00:28:00      Portfolio Recovery Associates, LLC,
               c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515127087    +EDI: PRA.COM Aug 30 2017 00:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
515127088    +EDI: SEARS.COM Aug 30 2017 00:33:00      Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515127089      +E-mail/PDF: clerical@simmassociates.com Aug 30 2017 01:00:21     Simm Associates,
                 Department 4121,    PO Box 1259,   Oaks, PA 19456-1259
515127091      +EDI: RMSC.COM Aug 30 2017 00:33:00      Syncb/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
515127092      +EDI: RMSC.COM Aug 30 2017 00:33:00      Syncb/Sema,   C/O Po Box 965036,
                 Orlando, FL 32896-0001
515127093      +EDI: VERIZONEAST.COM Aug 30 2017 00:33:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
515171893       EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
515520699      +EDI: WFFC.COM Aug 30 2017 00:28:00      Wells Fargo Bank, N.A., d/b/a/,
                 Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,   Winterville, NC 28590-8872
515127094      +EDI: WFFC.COM Aug 30 2017 00:28:00      Wfds,   Po Box 1697,   Winterville, NC 28590-1697
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515127090*     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                 (address filed with court:   Snap-On Credit Llc,    Po Box 506,   Gurnee, IL 60031)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

```
              David   Reinherz    on behalf of Debtor Robert W Bettencourt reinherzlaw@aol.com,
               reinherzlaw@gmail.com
              David   Reinherz    on behalf of Joint Debtor Amanda R Bettencourt reinherzlaw@aol.com,
               reinherzlaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
               Bank of America, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 9
```